

# NUMBER 13-15-00044-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                          Appellant,

v.

JOYCE POPP HAJOVSKY,                                                         Appellee.

### On appeal from the County Court
### of Wharton County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellant, the State of Texas, by and through its District Attorney, the Honorable Ross Kurtz, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be

entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of February, 2015.